UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 05

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL, | ) ) ) ) |
| Plaintiff | ) ) CIVIL ACTION NO.: |
| v. | ) ) |
| MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC | ) ) ) |
| Defendants | ) ) |

04 11194 RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS.

## THE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to 15 U.S.C. § 2801 et seq., the plaintiff, Thomas Suttill, Jr. d/b/a Framingham Shell, hereby requests that the Court issue a preliminary injunction enjoining the defendants, Motiva Enterprises, LLC ("Motiva") and Equiva Services, LLC ("Equiva") from terminating their franchise agreements with Mr. Suttill and ordering the defendants to return possession, custody and control of the Framingham Shell station located at 480 Franklin Street in Framingham, Massachusetts to Mr. Suttill.

As grounds for his request, the plaintiff states that there is no basis for the termination of the franchise agreements. Further, the defendants failed to comply with the notice provisions of the Petroleum Marketing Practices Franchise Protection Act, 15 U.S.C., § 2804, which requires a ninety-day written notice of intention to terminate the franchise with reasons therefor, the date of termination, and statutory summary, delivered

to the franchisee via certified mail or personal delivery. No written notice was ever provided to Mr. Suttill, who was orally ordered by the defendants to immediately vacate the premises on February 24, 2004. Since even a minor or technical defect regarding the notice requirements of 15 U.S.C § 2804 is grounds to enjoin termination of the franchise relationship, Mr. Suttill's motion for preliminary injunction must be allowed.

In support of his motion, Mr. Suttill relies on the Memorandum of Law submitted herewith, as well as the Verified Complaint. A proposed preliminary injunctive order is attached hereto for the Court's consideration.

THOMAS SUTTILL, JR. D/B/A,
FRAMINGHAM SHELL

By His Attorneys,

DAVIDS & SCHLESINGER, L.L.P.

_____
Ronald M. Davids
Thomas J. Schlesinger
Jennifer A. O'Brien
40 Washington Street   Suite 250
Wellesley, MA 02482
(781) 416-5055
BBO No.: 115110
BBO No.: 546226
BBO No.: 644477

Dated 5/24/04