# United States District Court

**DISTRICT OF** Massachusetts

Thomas R. Suttill, Jr. d/b/a
Framingham Shell

**SUMMONS IN A CIVIL CASE**

V.

Motiva Enterprises, LLC
and Equiva Services, LLC

CASE NUMBER: 04 11194 RWZ

IN CLERKS OFFICE
2004 JUN -9 P 12: 51
U.S. DISTRICT COURT
DIST. OF MASS.

TO: (Name and address of defendant)
Motiva Enterprises, LLC
700 Milum St.
Houston, Texas 77002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Schlesinger
Jennifer A. O'Brien
Davids & Schlesinger, P.C.
40 Washington Street, Suite 250
Wellesley, MA 02481

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

JUN 3, 2004
DATE

(BY) DEPUTY CLERK