# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE June 7, 2004 |
| NAME OF SERVER (PRINT) Richard Picceri | TITLE Constable |

Check one box below to indicate appropriate method of service

Service of motion for preliminary injunction with memorandum for support thereof was also made by me

☒ Served personally upon the defendant. Place where served: CT Corporation, 101 Federal St. Boston, MA. Served to Yvette Concepcion

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 0 | 0 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 7, 2004
Date

Signature of Server: *Richard Picceri*

Address of Server

Richard Picceri
**CONSTABLE**
15 Springfield St.
Belmont, MA 02478

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.