UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THOMAS R. SUTTILL, JR., | ) | |
| D/B/A FRAMINGHAM SHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-11194 RWZ |
| | ) | |
| MOTIVA ENTERPRISES LLC | ) | |
| AND EQUIVA SERVICES LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANTS' EMERGENCY MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Motiva Enterprises LLC ("Motiva") and Equiva Services LLC ("Equiva") (collectively, the "Defendants"), hereby move to enlarge the time for Defendants to answer or otherwise respond to plaintiff's Verified Complaint by thirty (30) days, up to and including July 27, 2004. In support of their request, Defendants state as follows:

1.      Plaintiff brought this action by Verified Complaint filed with the Court on June 3, 2004. On June 8, 2004, plaintiff served both his complaint and his Motion For A Preliminary Injunction on defendants.

2.      Having only recently been served with the action, Defendants request an additional thirty (30) days to answer or otherwise respond to plaintiff's complaint.[1] Defendants

---

[1] By separate motion filed simultaneously with the Court, Defendants likewise seek an extension of time to file their opposition to plaintiff's motion for preliminary injunction.

- 2 -

respectfully submit that the requested extension is both reasonable and necessary in order to conduct a thorough factual investigation into plaintiff's allegations and respond to plaintiff's complaint. This is Defendants' first request for an extension of time in which to respond to plaintiffs' complaint.

3.       Counsel for Defendants has communicated with Attorney Jennifer A. O'Brien, counsel for plaintiff, who indicated that plaintiff would agree only to an extension of time of to July 6, 2004.

**WHEREFORE**, Defendants request that the Court grant this motion to enlarge the time to answer or otherwise respond to plaintiff's complaint by 30 days, to and including July 27, 2004.

Dated:  June 21, 2004

DEFENDANTS,
MOTIVA ENTERPRISES, LLC AND
EQUIVA SERVICES LLC
By Their Attorney

Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Defendants, by and through counsel, hereby certify that they have conferred with all counsel of record in a good faith attempt to resolve or narrow the issues raised in this motion.

Gregg P. Goumas

### CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 21st day of June, 2004, I served a copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

Gregg P. Goumas

374891 v.01 S1

- 3 -