UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 JUN 21 P 1: 32

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR.,<br>D/B/A FRAMINGHAM SHELL,<br><br>Plaintiff,<br><br>v.<br><br>MOTIVA ENTERPRISES LLC<br>AND EQUIVA SERVICES LLC,<br><br>Defendants. | Civil Action No. 04-CV-11194 RWZ |

## NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 83.5.2(e) of the Local Rules of Civil Procedure for the District of Massachusetts, the undersigned counsel for the Defendants, Motiva Enterprises LLC ("Motiva") and Equiva Services LLC ("Equiva") (collectively, the "Defendants"), hereby gives notice that the address of his law firm has changed. The new address for Shipman & Goodwin LLP is as follows:

> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919

The fax number for Attorney Goumas is now (860) 251-5214. His telephone number and email address remain unchanged.

Dated: June 21, 2004

**COUNSEL FOR DEFENDANTS,
MOTIVA ENTERPRISES, LLC AND
EQUIVA SERVICES LLC**

_____
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel. (860) 251-5000

## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 21st day of June, 2004, I served a copy of the foregoing notice on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

_____
Gregg P. Goumas

374903 v.01 S1