UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 24  A 11: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL, <br><br> Plaintiff <br><br> v. <br><br> MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC <br><br> Defendants | CIVIL ACTION NO.: 04-CV-11194 RWZ |

## THE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

The plaintiff, Thomas R. Sutill Jr. d/b/a Framingham Shell, hereby opposes the defendants' motion to enlarge the time for the defendants to file: (1) their opposition to the plaintiff's Motion for Preliminary Injunction by thirty (30) days, and (2) their Answer or other responsive pleading to the Verified Complaint by thirty (30) days. In support of his opposition, Mr. Suttill states as follows:

This case arises out of a violation of the Petroleum Marketing Practices Act ("PMPA"). The defendants, Motiva Enterprises, LLC ("Motiva") and Equiva Services, LLC ("Equiva") were served with the Summons and Verified Complaint, along with the Motion for Preliminary Injunction and supporting memorandum on June 8, 2004. On Friday, June 18, 2004, counsel for the defendants contacted counsel for Mr. Suttill to request a thirty (30) day extension of both the time to oppose the Motion for Preliminary Injunction and the time to file a responsive pleading to the Verified Complaint. At that

time, the defendants still had more than one week to file a response to the Verified Complaint. The opposition to the Motion for Preliminary Injunction, however, was due on the following Monday, June 21, 2004.

Counsel for Mr. Suttill agreed to extend an additional seven days for the defendants to file an opposition to the Motion for Preliminary Injunction, as well as an additional seven days to file a responsive pleading to the Verified Complaint, thereby giving the defendants twenty-one (21) days to prepare an opposition to the Motion for Preliminary Injunction and twenty-seven (27) days to Answer or otherwise respond to the Verified Complaint.[1] The defendants, however, allege that an additional seven days is insufficient, and that they require another thirty (30) days to respond, which would provide the defendants with forty-four (44) days to oppose the motion for preliminary injunction and fifty (50) days to respond to the Verified Complaint. However, there is no emergency or other extenuating circumstances that would prevent the defendants' counsel from opposing the Motion for Preliminary Injunction and responding to the Verified Complaint within the timeframe set forth under the Federal and Local Rules of Civil Procedure. In light of the absence of any such emergency, the seven-day extension granted by the plaintiff's counsel is reasonable and the defendants' motion should be denied.

It is also worth noting that Mr. Suttill faces personal bankruptcy as a result of the defendants' wrongful termination of the franchise agreements at issue.[2] Accordingly, it is

---

[1] Refer to correspondence from plaintiff's counsel, Attorney O'Brien, to defendants' counsel, Attorney Staib, attached hereto as Exhibit A.

[2] Mr. Suttill obtained a small business loan for Framingham Shell when he originally purchased his interest in the Shell station from the prior franchisee. Now that the defendants have wrongfully taken possession and control over the Shell station from Mr. Suttill, the bank has demanded full payment of Mr. Suttill's loan.

2

urgent that this Court rule on the Motion for Preliminary Injunction as soon as possible and therefore, the defendants should not be granted an additional thirty days to respond.

THOMAS SUTTILL, JR. D/B/A
FRAMINGHAM SHELL

By His Attorneys,

DAVIDS & SCHLESINGER, L.L.P.

_____
Ronald M. Davids
Jennifer A. O'Brien
Thomas J. Schlesinger
40 Washington Street – Suite 250
Wellesley, MA 02482
(781) 416-5055
BBO No.: 115110
BBO No.: 644477
BBO No.: 546226

## CERTIFICATE OF SERVICE

I, Jennifer A. O'Brien, hereby certify that a true copy of the above document was served upon the attorney for the defendants by facsimile and mail on June 23, 2004.

_____
Jennifer A. O'Brien

3



# Davids & Schlesinger
### Professional Corporation
#### Counsellors At Law

June 22, 2004

VIA FACSIMILE/REGULAR MAIL

Karen T. Staib, Esquire
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

    Re: Thomas R. Suttill, Jr., d/b/a Framingham Shell
       v. Motiva Enterprises, LLC and Equiva Services, LLC
       <u>U.S. District Court Case No.: 04 11194 RWZ</u>

Dear Attorney Staib:

  This letter will confirm that we will consent to a seven-day extension for the defendants to respond to the Motion for Preliminary Injunction. Since there is no emergency that would prevent the defendants from filing an Answer or other responsive pleading, we will agree to a seven-day extension of the time to plead, but not thirty days as you requested. Accordingly, a responsive pleading would be due on Tuesday, July 6, 2004 after the holiday.

  It is my understanding that although I have consented to an extension as set forth above, you still intend to file a motion with the Court for additional time to respond to the Motion for Preliminary Injunction and the Complaint as you would like thirty additional days to respond to same and not just seven days.

  Thank you for your attention to this matter.

            Very truly yours,

            Jennifer A. O'Brien

JAO/ko
cc: Thomas J. Schlesinger, Esquire

40 WASHINGTON STREET • SUITE 250 • WELLESLEY, MASSACHUSETTS 02481
TELEPHONE (781) 416-5055 • FAX (781) 416-4344 • www.davids-schlesinger.com