UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-11194 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

FILED
IN CLERK'S OFFICE
2004 JUL -7 A 11: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

## DECLARATION OF ROBERT A. RESNIK

1.  I have personal knowledge of the facts contained in this declaration and, if called to testify, will testify as set forth below.

2.  I am employed by Motiva Enterprises LLC ("Motiva") as a sales consultant within the Northeast Region. In 1991, I began working for Shell. In January 1997, I became a sales representative for Shell, and later for Motiva, a related entity to Shell. As sales consultant, my responsibilities include day-to-day contact with retail franchisees within my geographic area of responsibility.

3.  In my capacity as sales consultant, I was responsible for day-to-day contact with the plaintiff in this action, Thomas Suttill, d/b/a Framingham Shell, during the period of time he was a franchisee-dealer operating the premises at 480 Franklin Street in Framingham, Massachusetts.

4.   On or about February 13, 2004, I hand-delivered to Mr. Suttill at the premises a Mutual Termination Agreement and Release ("Termination Agreement"), which he executed in my presence. A true and accurate copy of that Termination Agreement is attached hereto as Exhibit A. A copy of the summary statement required by the Petroleum Marketing Practices Act was attached to the Termination Agreement when executed, and Mr. Suttill retained a copy of the Termination Agreement after he executed it.

5.   After Mr. Suttill departed from the premises in February 2004, we entered into a bridge agreement with Mr. Tony El-Nemr, President of ENT, Inc., by which ENT, Inc. would operate the 480 Franklin Street station (not as a franchisee-dealer), so that the station would be operated temporarily until Motiva could locate, train and/or otherwise arrange for a long-term retailer to operate the premises. Effective July 1, 2004, ENT, Inc., is operating the station on a long term basis, as a multi-site operator ("MSO") premises, which is also a non-franchisee channel of trade.

I declare under penalty of perjury that the foregoing is true and correct.

                                      */s/ Robert A. Resnik*
                                      Robert A. Resnik

Date: July 1, 2004

## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 6th day of July, 2004, I served a copy of the foregoing declaration on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

_____
Gregg P. Goumas

375566 v.01 S2