UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | Civil Action No. 04-CV-11194 RWZ |

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
## OF PAUL D. SANSON AND KAREN T. STAIB

The undersigned, a member of the bar of this Court, hereby moves, on the consent of plaintiff, for the admission pro hac vice of Paul D. Sanson ("Attorney Sanson") and Karen T. Staib ("Attorney Staib") of Shipman & Goodwin LLP in the above-captioned proceeding to represent Motiva Enterprises LLC and Equiva Services LLC, pursuant to Rule 83.5.3(b) of the Local Civil Rules of the United States District Court for the District of Massachusetts (the "Local Civil Rules").

As detailed in the Affidavit of Paul D. Sanson, annexed hereto as Exhibit A, Attorney Sanson is a member in good standing of the bar of the State of Connecticut, as well as the bars of the United States Court of Appeals for the Second Circuit and the United States District Court for the District of Connecticut. The attached Affidavit also establishes that Attorney Sanson has not been denied admission or disciplined by this Court or by any other Court.

As detailed in the Affidavit of Karen T. Staib, annexed hereto as Exhibit B, Attorney Staib is a member in good standing of the bar of the State of Connecticut, as well as the bars of the United States Court of Appeals for the Second Circuit and the United States District Court for the District of Connecticut. The attached Affidavit also establishes that Attorney Staib has not been denied admission or disciplined by this Court or by any other Court. Pursuant to the Local Civil Rules, a $100 filing fee covering Attorneys Sanson and Staib's admission has been tendered to the Clerk with the filing of this Motion. Attorney Jennifer O'Brien, counsel for plaintiff, has assented to this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Paul D. Sanson and Karen T. Staib to represent Motiva Enterprises LLC and Equiva Services LLC in the above-captioned action, and for such other relief as may be appropriate.

Dated: July 6, 2004

**DEFENDANTS,
MOTIVA ENTERPRISES, LLC AND
EQUIVA SERVICES LLC**
By Their Attorney

_/s/ Gregg P. Goumas_
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000


## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 6th day of July, 2004, I served a copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

_/s/ Gregg P. Goumas_
Gregg P. Goumas

376127 v.01 S1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR.,<br>D/B/A FRAMINGHAM SHELL,<br><br>Plaintiff,<br><br>v.<br><br>MOTIVA ENTERPRISES LLC<br>AND EQUIVA SERVICES LLC,<br><br>Defendants. | Civil Action No. 04-CV-11194 RWZ |

## AFFIDAVIT OF PAUL D. SANSON
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Paul D. Sanson, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Affidavit in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Motiva Enterprises LLC and Equiva Services LLC, in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States Supreme Court, the United States Court of Appeals for the First and Second Circuits, and the United States District Court for the District of Connecticut.

4. I am a partner with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6. I have never been denied admission to nor disciplined by any court.

7. I am familiar with the local rules of the District of Massachusetts.

8. All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

Signed under the penalties and perjury, this 29th day of June, 2004.

_____
Paul D. Sanson

375256 v.01 S2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 04-CV-11194 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF KAREN T. STAIB
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Karen T. Staib, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Affidavit in support of the Motion for Admission Pro Hac Vice filed by the Defendants, Motiva Enterprises LLC and Equiva Services LLC, in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States Court of Appeals for the Second Circuit, and the United States District Court for the District of Connecticut.

4. I am an associate with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6. I have never been denied admission to nor disciplined by any court.

7. I am familiar with the local rules of the District of Massachusetts.

8. All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

Signed under the penalties and perjury, this 6th day of July, 2004.

_____
Karen T. Staib

376127 v.01 S3