UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | Civil Action No. 04-CV-11194 RWZ |

### PROPOSED JOINT PRE-TRIAL SCHEDULE

The parties, Thomas R. Suttill, Jr., d/b/a/ Framingham Shell, and the defendants, Motiva Enterprises LLC ("Motiva") and Equiva Services LLC ("Equiva") (collectively, the defendants) hereby submit the following proposed joint pre-trial schedule, in accordance with Local Rule 16.1(D):

I.   **Joint Discovery Plan:**

A.   All Phase One fact discovery will be completed by December 23, 2004. All Phase Two fact discovery will be completed in a six (6) month period beginning either with any denial of defendants' anticipated summary judgment motion or with notification by defendants at the close of Phase One that they will not be filing a summary judgment motion concerning the execution of the Mutual Termination Agreement and Release.

B.   During Phase One, a maximum of 25 interrogatories may be served by each party to any other party, a maximum of 50 requests for admission may be served by each

party to any other party, a maximum of 8 depositions may be taken by plaintiffs and a maximum of 8 depositions may be taken by defendants.

    C.    During Phase Two, an additional maximum of 25 interrogatories may be served by each party to any other party, an additional maximum of 50 requests for admission may be served by each party to any other party, an additional maximum of 8 depositions may be taken by plaintiffs and an additional maximum of 8 depositions may be taken by defendants.

    D.    Each deposition will be limited to a maximum of seven hours unless extended by agreement of the parties.

    E.    Reports from retained experts under Rule 26(a)(2) will be due from plaintiff 45 days after the close of Phase Two of fact discovery, and depositions of these experts shall be completed 45 days after the production of the reports. Reports from defendants' experts will be due 45 days after the completion of the depositions of plaintiff's experts, and depositions of defendants' retained experts shall be completed 45 days after the production of any reports by defendants' experts.

    F.    Supplementation under Rule 26(e) will be due 30 days prior to the final pretrial conference to be scheduled by the Court.

**II.    Joint Proposed Schedule for Filing of Motions:**

All potentially dispositive motions concerning the enforceability and/or effect of the general release contained in the Mutual Termination Agreement and Release previously executed by plaintiff should be filed by January 24, 2005. All other dispositive motions should be filed 30 days after the deadline for completion of expert depositions.

III.  **Certifications of Counsel and Parties Pursuant to Local Rule 16.1(D)(3):**

Certifications of counsel and parties required by Local Rule 16.1(D)(3) from both parties will be filed with the Court under separate cover.

Dated: August 18, 2004

PLAINTIFF,
THOMAS R. SUTTILL, JR.,
D/B/A FRAMINGHAM SHELL,
By Their Attorneys,

Ronald M. Davids (BBO #115110)
Jennifer A. O'Brien (BBO #644477)
DAVIDS & SCHLESINGER, LLP
40 Washington Street, Suite 250
Wellesley, MA  02482

DEFENDANTS,
MOTIVA ENTERPRISES LLC AND
EQUIVA SERVICES LLC
By Their Attorneys,

Paul D. Sanson (Fed Bar No. ct05477)
Karen T. Staib (Fed. Bar. No. ct21119)
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Jennifer A. O'Brien, hereby certify that on this 18th day of August, 2004, I served a copy of the foregoing on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

Signed under the pains and penalties of perjury.

Jennifer A. O'Brien

379571 v.01 S2