UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-CV-11194 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' CERTIFICATIONS OF COUNSEL AND PARTIES PURSUANT TO LOCAL RULE 16.1(D)(3)

Undersigned counsel and authorized representative of the defendants, Motiva Enterprises LLC ("Motiva") and Equiva Services LLC ("Equiva"), hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: August 18, 2004

**DEFENDANTS,
MOTIVA ENTERPRISES LLC AND
EQUIVA SERVICES LLC**
By Their Authorized Representative,

*/s/ James Cowan*
James Cowan
Senior Counsel
Shell Oil Company
P O Box 2463
Houston, TX 77252-2463

By Their Attorneys,

*/s/ Paul D. Sanson*
Paul D. Sanson (Fed Bar No. ct05477)
Karen T. Staib (Fed. Bar. No. ct21119)
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

379572 v.01

-2-

## CERTIFICATE OF SERVICE

    I, Gregg P. Goumas, hereby certify that on this 18th day of August, 2004, I served a copy of the foregoing on all parties to this action by mailing same, via First Class Mail, postage prepaid, to all counsel of record.

    Signed under the pains and penalties of perjury.

                                       _____
                                       Gregg P. Goumas

379572 v.01