UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL,<br><br>Plaintiff<br><br>v.<br><br>MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC<br><br>Defendants | CIVIL ACTION NO.: 04-CV-11194RWZ |

## CERTIFICATION

The plaintiff, Thomas R. Suttill, Jr., and his attorney, Jennifer A. O'Brien, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of this litigation and to consider the resolution of this litigation through the use of various alternative dispute resolution programs.

Dated: 8/25/04

_____
Jennifer A. O'Brien

Dated: 8/25/04

_____
Thomas R. Suttill, Jr.