UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., )<br>D/B/A FRAMINGHAM SHELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTIVA ENTERPRISES LLC )<br>AND EQUIVA SERVICES LLC, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-CV-11194 RWZ |

JOINT MOTION FOR EXTENSION OF
DISCOVERY DEADLINES AND PRETRIAL CONFERENCE

The parties, plaintiff Thomas R. Suttill, Jr., d/b/a Framingham Shell, and the defendants, Motiva Enterprises LLC and Equiva Services LLC, hereby jointly move to extend the discovery deadline by twenty-five (25) days, up to and including January 17, 2005, and correspondingly, to reschedule the pretrial conference now set for January 5, 2005. In support of their request, the parties state as follows:

The Court previously approved that discovery in this action be limited in the first instance to the issue of the validity/enforceability of a release document executed by plaintiff. The present deadline for completion of this phase of discovery is December 23, 2004, with a pretrial conference to be held on January 5, 2004. The parties have exchanged written discovery requests and are in the process of responding to those requests. In light of recent trial commitments in other matters for counsel for both parties, as well as difficulty in scheduling certain depositions as a result of December holidays, the parties request this limited

extension so that they may complete the remaining depositions necessary for adjudication of the release issue. Correspondingly, the parties further request that the pretrial conference previously set for January 5, 2004 be rescheduled for a date seven (7) or more days after the proposed January 17, 2005 discovery deadline. This is the first request by either party for extension of these deadlines.

**WHEREFORE**, for all of the foregoing reasons, the parties jointly request that the Court grant this motion to extend the discovery deadline by twenty-five (25) days, up to and including January 17, 2005, and correspondingly, to move the pretrial conference now set for January 5, 2005 to a date on or after January 24, 2005.

Dated: December 13, 2004

| | |
|---|---|
| **PLAINTIFF,** | **DEFENDANTS,** |
| **THOMAS R. SUTTILL, JR.,** | **MOTIVA ENTERPRISES LLC AND** |
| **D/B/A FRAMINGHAM SHELL** | **EQUIVA SERVICES LLC** |
| By His Attorneys, | By Their Attorneys |
| *(signature)* | *(signature)* |
| Jennifer A. O'Brien (BBO# 644477) | Paul D. Sanson (Fed Bar No. ct05477) |
| DAVIDS & SCHLESINGER, LLP | Karen T. Staib (Fed. Bar. No. ct21119) |
| 40 Washington Street, Suite 250 | Gregg P. Goumas (BBO #643661) |
| Wellesley, MA 02482 | SHIPMAN & GOODWIN LLP |
| (781) 416-5055 | One Constitution Plaza |
| | Hartford, CT 06103-1919 |
| | (860) 251-5000 |

## CERTIFICATE OF SERVICE

I, Karen T. Staib, hereby certify that on this 13th day of December, 2004, I served a copy of the foregoing Joint Motion on all parties to this action by mailing same, via U.S. Mail, to all counsel of record. Signed under the pains and penalties of perjury.

*(signature)*
Karen T. Staib

389176 v.01