UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 18  A 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | Civil Action No. 04-CV-11194 RWZ |

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

The parties, plaintiff Thomas R. Suttill, Jr., d/b/a Framingham Shell, and the defendants, Motiva Enterprises LLC and Equiva Services LLC, hereby jointly move to extend the discovery deadline by nine (9) days, up to and including January 26, 2005. In support of their request, the parties state as follows:

The Court previously approved that discovery in this action be limited in the first instance to the issue of the validity/enforceability of a release document executed by plaintiff. The present deadline for completion of this phase of discovery is January 17, 2005, with a pretrial conference to be held on January 27, 2004. The parties have completed most of the discovery necessary to resolution of the release issue, but as a result of information obtained through recent depositions and document production, one or both parties are evaluating the need take one or two more additional depositions of fact witnesses. The parties will complete any such depositions in advance of the January 27, 2005 conference with the Court and do not