UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11194-RWZ

THOMAS R. SUTTILL, JR.,
d/b/a FRAMINGHAM SHELL

v.

MOTIVA ENTERPRISES LLC, et al.

PRETRIAL ORDER

January 28, 2005

ZOBEL, D.J.

    This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Jennifer A. O'Brien having appeared as counsel for plaintiff, Thomas R. Suttill, Jr.; and Karen Staib having appeared as counsel for defendant Motiva Enterprises LLC, et al., the following action was taken:

1.   <u>TRIAL</u>

    Trial with a jury is scheduled to commence on March 14, 2005, at 9 a.m. and is estimated to last one to two days.

2.   <u>JURY</u>

    The court will impanel eight jurors.  Each side is entitled to four peremptory challenges.  Any proposed questions to the jury on voir dire shall be filed by March 7, 2005.

3.   <u>ISSUES</u>

The parties agree that the only issue to be tried in this phase of the case is whether the Mutual Termination Agreement and Release is valid and enforceable.

Plaintiff claims that the document is invalid in that:

a)    it was procured by fraud;

b)    it was procured by economic duress;

c)    defendant failed to give plaintiff notice of the termination of his franchise as required by the PMPA;

d)    defendant failed to provide plaintiff with a signed copy of the Agreement as required by the PMPA;

e)    it is unconscionable in its terms;

f)    there was no consideration given by defendant.

Plaintiff also asserts that the Agreement purports to terminate a franchise agreement that was not then in effect.  The parties agree that this presents a question for the court.

The parties further agree that plaintiff has the burden of proof on all issues.

4.    WITNESSES

On or before March 7, 2005, each party shall file a list of witnesses who will testify at trial, in person, or by deposition.

5.    EXHIBITS

Agreed-upon Exhibits

a)    Retail Facility Lease (Exh. 3 to T. Suttill deposition).

b)    Retail Sales Agreement (Exh. 2 to T. Suttill deposition).

2

c)      Mutual Termination Agreement and Release (unsigned, Exh. 6 to T. Suttill deposition).

d)      Mutual Termination Agreement and Release (signed, Exh. 7 to T. Suttill deposition).

e)      Mutual Termination Agreement and Release (unsigned with PMPA summary attached, Exh. 8 to T. Suttill deposition).

Prior to the commencement of trial on March 14, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other.  All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence.  Counsel shall mark these exhibits, prepare a listing thereof, and file four copies.  Objected-to exhibits shall be marked for identification and listed separately.

6.    <u>REQUESTS AND QUESTIONS</u>

On the first day of trial, March 14, 2005, counsel shall file:

a.      Requests for instructions; and

b.       Proposed questions to the jury on special verdict.

7.    The parties agree to complete the remaining depositions as scheduled. Defendant may decide to move for summary judgment on all or some of the issues upon completion of the depositions.  The filing of responsive papers shall be governed by the Local Rules.

_____         /s/ Rya W. Zobel _____

DATE                        RYA W. ZOBEL
                                   UNITED STATES DISTRICT JUDGE