UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, <br> FRAMINGHAM SHELL, <br>       Plaintiff <br><br> v. <br><br> MOTIVA ENTERPRISES, LLC AND <br> EQUIVA SERVICES, LLC <br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.:04-CV-11194RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS**

Pursuant to this Court's Pre-Trial Order dated January 28, 2005, the plaintiff hereby submits his proposed questions to the jury on *voir dire*:

1. Does anyone know any of the parties or witnesses to this case?

2. Does anyone work for Motiva Enterprises, LLC, Equiva Services, LLC or any other Shell Oil-related company?

3. Has anyone previously worked for Motiva Enterprises, LLC, Equiva Services, LLC or any other Shell Oil-related company?

4. Has anyone ever worked for Thomas Suttill?

5. Does anyone currently work with Thomas Suttill?

6. Does anyone have a relative who has worked for or currently works for Motiva Enterprises, LLC, Equiva Services, LLC or any other Shell Oil-related company?

7. Does anyone work in the petroleum industry? Any relatives that work in the petroleum industry?

8. Has anyone previously worked in the petroleum industry? Any relatives that previously worked in the petroleum industry?

9. Has anyone ever been or are you now a shareholder of a Shell Oil-related company?

10. Has anyone's spouse ever been or are they now a shareholder of a Shell Oil-related company?

11. Has anyone ever operated a gas station? Any relatives that operate a gas station?

12. Anyone ever been employed by a gas station?

13. Has anyone ever been a party to a lawsuit involving Motiva, Equiva or any other Shell Oil-related company?

14. Has anyone been a party to a lawsuit involving Thomas Suttill?

15. Has anyone ever been a party to any lawsuit?

16. Does anyone currently purchase gasoline exclusively at Shell-branded service stations?

17. Does anyone currently have a Shell credit card?

THOMAS SUTTILL, JR. D/B/A
FRAMINGHAM SHELL

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

*(signature)*

Ronald M. Davids
Jennifer A. O'Brien
Thomas J. Schlesinger
40 Washington Street – Suite 250
Wellesley, MA 02482
(781) 416-5055
BBO No.: 115110
BBO No.: 644477
BBO No.: 546226

## CERTIFICATE OF SERVICE

    I, Jennifer A. O'Brien, hereby certify that a true copy of the within document was served upon the attorney for each party by mail on March 7, 2005.

                                                                     _____
                                                                     Jennifer A. O'Brien