UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL, <br>     Plaintiff <br><br> v. <br><br> MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC <br>     Defendants | CIVIL ACTION NO.:04-CV-11194RWZ |

## PLAINTIFF'S WITNESS LIST FOR TRIAL

Pursuant to the Court's Pre-Trial Order dated January 28, 2005, the plaintiff hereby submits his list of witnesses who will testify live at trial:

1. Thomas R. Suttill, Jr.
   11 Park Avenue
   Framingham, Massachusetts

2. Joyce Suttill
   11 Park Avenue
   Framingham, Massachusetts

3. Kristofer Whalen
   15 Balsam Drive
   Ashburnham, Massachusetts

4. Eric Knapp
   C/o Plaza Properties
   29 Sunderland Road
   Worcester, Massachusetts

5. Jon Snow
   19 Travis Road
   Natick, Massachusetts

6. John Gatturna
   42 Bogastow Brook Road
   Holliston, Massachusetts

7. Thomas Gatturna
c/o 42 Bogastow Brook Road
Holliston, Massachusetts

8. Robert Resnik
c/o Motiva
7 Heywood Street
Shrewsbury, Massachusetts

9. James Schiemer
c/o Motiva
7 Dover Farm Road
Medfield, Massachusetts

10. Tony El Nemr
24 Coachman Ridge Road
Shrewsbury, Massachusetts

THOMAS SUTTILL, JR. D/B/A
FRAMINGHAM SHELL

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

Ronald M. Davids
Jennifer A. O'Brien
Thomas J. Schlesinger
40 Washington Street – Suite 250
Wellesley, MA 02482
(781) 416-5055
BBO No.: 115110
BBO No.: 644477
BBO No.: 546226

## CERTIFICATE OF SERVICE

    I, Jennifer A. O'Brien, hereby certify that a true copy of the within document was served upon the attorney for each party by mail on March ?, 2005.

                                                                        _____
                                                                        Jennifer A. O'Brien