UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC AND EQUIVA SERVICES LLC, <br><br> Defendants. | Civil Action No. 04-CV-11194 RWZ |

## DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS TO THE JURY

In accordance with the Court's January 28, 2005 pretrial order, the defendants, Motiva Enterprises LLC and Equiva Services LLC, hereby submit the following proposed voir dire questions to the jury:

1. Have you or an immediate relative ever been employed by Shell Oil Company, Motiva Enterprises LLC or Equiva Services LLC?

2. Have you or an immediate relative ever been employed by Thomas Suttill?

3. Have you or an immediate relative ever operated or worked at a franchise business of any kind?

4. Have you or an immediate relative ever operated or worked at a gasoline station?

5. The parties in this case are a large oil company on the one hand and an individual business person on the other. Will you be able to treat both of these parties equally, without any bias or favoritism?

Dated: March 7, 2005

**DEFENDANTS,
MOTIVA ENTERPRISES LLC AND
EQUIVA SERVICES LLC**
By Their Attorneys

*/s/ Karen T. Staib*
Paul D. Sanson (Fed Bar No. ct05477)
Karen T. Staib (Fed. Bar. No. ct21119)
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Karen T. Staib, hereby certify that on this 7th day of March 2005, I served a copy of the foregoing on all parties to this action by mailing same, via U.S. Mail, to all counsel of record. Signed under the pains and penalties of perjury.

*/s/ Karen T. Staib*
Karen T. Staib