UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., <br> D/B/A FRAMINGHAM SHELL, <br><br> Plaintiff, <br><br> v. <br><br> MOTIVA ENTERPRISES LLC <br> AND EQUIVA SERVICES LLC, <br><br> Defendants. | Civil Action No. 04-CV-11194 RWZ |

### DEFENDANTS' LIST OF TRIAL WITNESSES

In accordance with the Court's January 28, 2005 pretrial order, the defendants, Motiva Enterprises LLC and Equiva Services LLC, hereby submit this list of witnesses that they (1) expect to call and (2) may call at trial, in person or by deposition. Defendants reserve the right to call additional witnesses in rebuttal, to the extent necessary to respond to evidence presented by plaintiff.

A.  Witnesses Defendants Will Call:

1.  Robert A. Resnik
    Motiva Enterprises LLC
    7 Heywood Street
    Shrewsbury, MA 01545

2.  James Schiemer
    Motiva Enterprises LLC
    7 Dover Farm Road
    Medfield, MA 02052

3.  Tony El-Nemr
    c/o ENT, Inc.
    352 Boston Turnpike

        Shrewsbury, MA

B.    Witnesses Defendants May Call:

    1.    Thomas R. Suttill, Jr.
           11 Park Avenue
           Framingham, MA

    2.    Joyce Suttill
           11 Park Avenue
           Framingham, MA

    3.    Michael Forman
           c/o Absolute Car Care
           Natick, MA

    4.    Eric Knapp
           c/o Plaza Properties
           29 Sunderland Road
           Worcester, MA

    5.    Kristopher Whalen
           15 Balsam Drive
           Ashburnham, MA

Dated: March 7, 2005

**DEFENDANTS,
MOTIVA ENTERPRISES LLC AND
EQUIVA SERVICES LLC**
By Their Attorneys

_/s/ Karen T. Staib_
Paul D. Sanson (Fed Bar No. ct05477)
Karen T. Staib (Fed. Bar. No. ct21119)
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Karen T. Staib, hereby certify that on this 7th day of March 2005, I served a copy of the foregoing on all parties to this action by mailing same, via U.S. Mail, to all counsel of record. Signed under the pains and penalties of perjury.

_/s/ Karen T. Staib_
Karen T. Staib