UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL, | ) ) ) ) |
| Plaintiff | ) |
| v. | ) CIVIL ACTION NO.: 04-CV-11194 RWZ ) ) |
| MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC | ) ) ) |
| Defendants | ) ) ) |

**PLAINTIFF'S EMERGENCY MOTION FOR LEAVE TO TAKE THE
VIDEOTAPED DEPOSITION OF JOYCE SUTTILL FOR USE AT TRIAL**

The plaintiff, Thomas R. Suttill, Jr., hereby moves for leave to take the videotaped

deposition of Joyce Suttill for use at trial. As grounds for his motion, the plaintiff, by and

through his attorneys, has learned that witness Joyce Suttill will be out of state on March

21, 2005 and she will be unable to testify live at trial.[1]  Since Ms. Suttill and Motiva

representative Robert Resnik had a conversation regarding one of the main issues to be

tried in this case, Joyce Suttill's testimony is relevant to the issues to be tried.

Accordingly, plaintiff respectfully requests that the Court grant leave to take the

videotaped deposition of Ms. Suttill for use at trial.

In further support of her motion, the plaintiff states as follows:

This case arises out of the Petroleum Marketing Practices Act.  One of the

plaintiff's main defenses to the enforcement of the Mutual Termination Agreement and

---

[1] The trial in this case is limited to the issue of the enforceability of a Mutual Termination
Agreement and Release

Release ("the Agreement") is that it was obtained by fraud. Specifically, it is the plaintiff's position that Motiva Enterprises, LLC ("Motiva") misrepresented to Mr. Suttill the status of the property lease ("the Lease")[2] between Motiva and third party landlord, Framingham-Franklin, LLC, thereby causing Mr. Suttill to sign the Agreement under the false belief that the Lease would not be renewed after December, 2004.

Joyce Suttill was present at Mr. Suttill's station on February 13, 2004 when Motiva's representative, Robert Resnik, arrived at the station with the Agreement for Mr. Suttill's signature. Ms. Suttill is expected to testify at trial that Mr. Resnik informed her that the Lease would not be renewed. She is also expected to testify that Mr. Resnik avoided her questions regarding the reasons why the Lease would not be renewed and that Mr. Resnik pressured Mr. Suttill into signing the Agreement that day same day.

The defendants will not agree to the taking of Ms. Suttill's videotaped deposition for use at trial. As grounds for their opposition, the defendants state that Ms. Suttill's deposition transcript has already been obtained. However, Ms. Suttill's transcript is lengthy and covers other topics that are not germane to the issues to be tried. By contrast, her videotaped deposition will focus only on those issues that are relevant to the issues to be tried, thereby significantly reducing the time spent on Ms. Suttill's testimony at trial. Most importantly, Ms. Suttill's live testimony is expected to be rather emotional and persuasive to a jury. This same effect simply cannot be achieved by reading her deposition transcript into evidence. Therefore, the plaintiff requests leave to take the

---

[2] Mr. Suttill's service station was subject to an underlying lease between Motiva and third party landlord Framingham Franklin, LLC.

videotaped deposition of Joyce Suttill for use at trial.

WHEREFORE, the plaintiff respectfully requests that this Court:

(a)    Grant the plaintiff's motion for leave to depose Joyce Suttill on videotape

before March 18, 2005 at Attorney O'Brien's office in Wellesley; and

(b)    Grant all other just relief.

THOMAS SUTTILL, JR. D/B/A
FRAMINGHAM SHELL

By His Attorneys,

DAVIDS & SCHLESINGER, P.C.

Ronald M. Davids
Jennifer A. O'Brien
Thomas J. Schlesinger
40 Washington Street – Suite 250
Wellesley, MA 02482
(781) 416-5055
BBO No.: 115110
BBO No.: 644477
BBO No.: 546226

## CERTIFICATE OF SERVICE

I, Jennifer A. O'Brien, hereby certify that a true copy of the above document was served upon the attorney for the defendants by facsimile and mail on March 14, 2005.

Jennifer A. O'Brien