UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A, FRAMINGHAM SHELL,<br><br>        Plaintiff<br><br>v.<br><br>MOTIVA ENTERPRISES, LLC AND EQUIVA SERVICES, LLC<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.: 04-CV-11194 RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE PARTIES' *EMERGENCY* JOINT MOTION TO CONTINUE TRIAL

This case arises out of the Petroleum Marketing Practices Act ("PMPA"). The parties hereby jointly move to continue the trial in the above-captioned matter, which is scheduled to begin on March 21, 2005, for an additional thirty (30) days.[1] As grounds for their motion, the parties represent as follows:

1. The parties recently have engaged in earnest settlement discussions, and are optimistic that settlement of this action is possible with sufficient additional time. The parties would like to continue these negotiations in the hopes of resolving this matter, if possible, without any further involvement from this Court.

2. However, Mr. Suttill previously incurred debts from several creditors, in order to cover costs that he associates with his prior operation of the Shell-branded station at issue in this case. Certain of these debts still remain unpaid. Accordingly, Mr.

---

[1] The jury trial scheduled to begin on March 21, 2005 is limited to the issue of the enforceability of a Mutual Termination Agreement and Release. If there is a finding for the plaintiff, a second discovery phase and second trial on the issues raised in the Complaint shall proceed.

Suttill is attempting to compromise the debts owed to his creditors before he can formally reduce his demand and continue meaningful settlement negotiations with the defendants. Unfortunately, at this time, Mr. Suttill has not reached final agreements with all pertinent creditors and he and his counsel require additional time to negotiate with those creditors to compromise his debts.

3. The parties believe settlement is most likely to be achieved if Mr. Suttill is given sufficient time to allow him to investigate and compromise his debts as discussed above. Therefore, the parties request that the Court grant a thirty (30) day continuance[2] to permit the parties to continue their settlement negotiations. The parties believe that this limited additional time will provide the parties sufficient time to engage in and complete meaningful settlement negotiations, which would not otherwise be possible in the limited time remaining before trial.

---

[2] If the Court is unwilling to provide a thirty (30) day continuance, the parties request that the Court at least provide the parties with an additional fifteen (15) days to continue settlement negotiations.

WHEREFORE, the parties hereby move this Court:

(1) Grant this joint motion to continue the trial an additional thirty (30) days to permit the parties to attempt settlement of all claims without any further involvement from the Court;

(2) Grant all other just relief.

| | |
|---|---|
| PLAINTIFF,<br>THOMAS R. SUTTILL, JR.,<br>D/B/A FRAMINGHAM SHELL<br>By His Attorneys, | DEFENDANTS,<br>MOTIVA ENTERPRISES LLC AND<br>EQUIVA SERVICES LLC<br>By Their Attorneys |
| Jennifer A. O'Brien (BBO# 644477)<br>DAVIDS & SCHLESINGER, P.C.<br>40 Washington Street, Suite 250<br>Wellesley, MA 02481<br>(781) 416-5055 | Paul D. Sanson (Fed Bar No. ct05477)<br>Karen T. Staib (Fed. Bar. No. ct21119)<br>Gregg P. Goumas (BBO #643661)<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>(860) 251-5000 |

## CERTIFICATE OF SERVICE

I, Jennifer A. O'Brien, hereby certify that on this 16th day of March, 2005, I served a copy of the foregoing motion on all parties to this action by sending via facsimile and mailing same, via U.S. Mail, to all counsel of record. Signed under the pains and penalties of perjury.

Jennifer A. O'Brien