AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Thomas R. Suttill, Jr., d/b/a
Framingham Shell
v.
Motiva Enterprises, LLC and
Equiva Services, LLC

APPEARANCE

Case Number: 04 11194 RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Thomas R. Suttill, Jr., d/b/a Framingham Shell

I certify that I am admitted to practice in this court.

| 5/27/2005 | *signature* |
|---|---|
| Date | Signature |

| Ronald M. Davids | 115110 |
|---|---|
| Print Name | Bar Number |

Davids & Associates, 40 Washington Street, Suite 250
Address

| Wellesley | MA | 02481 |
|---|---|---|
| City | State | Zip Code |

| (781) 416-5055 | (781) 416-4344 |
|---|---|
| Phone Number | Fax Number |