UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THOMAS R. SUTTILL, JR., D/B/A FRAMINGHAM SHELL, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-CV-11194 RWZ |
| MOTIVA ENTERPRISES LLC AND EQUIVA SERVICES LLC, ) ) ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned matter, in its entirety, with prejudice and without costs or attorney's fees to either party.

Dated: ~~May~~ June 1, 2005

PLAINTIFF,
THOMAS R. SUTTILL, JR.,
D/B/A FRAMINGHAM SHELL
By His Attorneys,

_____
Ron Davids (BBO# 115110)
DAVIDS & ASSOCIATES, P.C.
40 Washington Street, Suite 250
Wellesley, MA 02482
(781) 416-5055

DEFENDANTS,
MOTIVA ENTERPRISES LLC AND
EQUIVA SERVICES LLC
By Their Attorneys

_____
Paul D. Sanson (Fed Bar No. ct05477)
Karen T. Staib (Fed. Bar. No. ct21119)
Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I, Karen T. Staib, hereby certify that on this 1st day of June, 2005, I served a copy of the foregoing Stipulation of Dismissal on all parties to this action by mailing same, via U.S. Mail, to all counsel of record. Signed under the pains and penalties of perjury.

_____
Karen T. Staib

401188 v.05 S2